# Exhibit "A"

**First Step Calculation**

Shvartsman Calculation Through September 2025 reflecting First Step Act credits earned to date.

| | | Month | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BOP Custody (Surrender) Date | 1/3/25 | Jan | | | | | | | | |
| Sentence Imposed (months) | 28 | Feb | | | 10 | | | | | |
| Release Date with Sentence Imposed | 5/3/27 | Mar | | | 10 | | | | | |
| Sentence Imposed (days) | 850 | Apr | | | 10 | | | | | |
| Good Conduct Time (GCT) Credit (days) | 126 | May | | | 10 | | | | | |
| Sentence Imposed with GCT (days) | 724 | Jun | | | 10 | | | | | |
| Credit for Time Previously Served (days) | 1 | Jul | | | 10 | | | | | |
| Projected Release Date with GCT | 12/27/26 | Aug | | | 15 | | | | | |
| | | Sep | | | 15 | | | | | |
| | | Oct | | | | | | | | |
| | | Nov | | | | | | | | Milestone |
| | | Dec | | | | | | | Days | Dates |
| | | RDAP Early Release | 0 | 0 | 0 | 0 | 0 | 0 | 0 | December 27, 2026 |
| | | FSA Supervised Release | 0 | 0 | 90 | 0 | 0 | 0 | 90 | September 28, 2026 |
| | | FSA Prerelease Custody | 0 | 0 | 0 | 0 | 0 | 0 | 0 | September 28, 2026 |
| | | SCRA Home Confinement | 0 | 0 | 0 | 0 | 0 | 0 | 0 | September 28, 2026 |

**First Step Calculation**

Shvartsman Calculation reflecting the total First Step Act credits to be earned through his complete sentence with the Bureau of Prisons. Note there is no Prerelease Custody in this calculation and reflects his serving his entire time in prison.

| | | Month | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BOP Custody (Surrender) Date | 1/3/25 | Jan | | | | 15 | | | | |
| Sentence Imposed (months) | 28 | Feb | | | 10 | 15 | | | | |
| Release Date with Sentence Imposed | 5/3/27 | Mar | | | 10 | 15 | | | | |
| Sentence Imposed (days) | 850 | Apr | | | 10 | 15 | | | | |
| Good Conduct Time (GCT) Credit (days) | 126 | May | | | 10 | 15 | | | | |
| Sentence Imposed with GCT (days) | 724 | Jun | | | 10 | | | | | |
| Credit for Time Previously Served (days) | 1 | Jul | | | 10 | | | | | |
| Projected Release Date with GCT | 12/27/26 | Aug | | | 15 | | | | | |
| | | Sep | | | 15 | | | | | |
| | | Oct | | | 15 | | | | | |
| | | Nov | | | 15 | | | | | Milestone |
| | | Dec | | | 15 | | | | Days | Dates |
| | | RDAP Early Release | 0 | 0 | 0 | 0 | 0 | 0 | 0 | December 27, 2026 |
| | | FSA Supervised Release | 0 | 0 | 135 | 75 | 0 | 0 | 210 | May 31, 2026 |
| | | FSA Prerelease Custody | 0 | 0 | 0 | 0 | 0 | 0 | 0 | May 31, 2026 |
| | | SCRA Home Confinement | 0 | 0 | 0 | 0 | 0 | 0 | 0 | May 31, 2026 |

**First Step Calculation**

Shvartsman Calculation reflecting the total First Step Act credits to be earned through his complete sentence with the Bureau of Prisons. This includes a term of Prerelease Custody where Shvartsman could be placed on home confinement (10% of the sentenced imposed). In this scenario, he would leave prison on March 7, 2026 and go to home confinement where he would stay until his release from Bureau of Prisons on May 31, 2026.

| | | Month | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BOP Custody (Surrender) Date | 1/3/25 | Jan | | | | 15 | | | | |
| Sentence Imposed (months) | 28 | Feb | | | 10 | 15 | | | | |
| Release Date with Sentence Imposed | 5/3/27 | Mar | | | 10 | 15 | | | | |
| Sentence Imposed (days) | 850 | Apr | | | 10 | 15 | | | | |
| Good Conduct Time (GCT) Credit (days) | 126 | May | | | 10 | 15 | | | | |
| Sentence Imposed with GCT (days) | 724 | Jun | | | 10 | | | | | |
| Credit for Time Previously Served (days) | 1 | Jul | | | 10 | | | | | |
| Projected Release Date with GCT | 12/27/26 | Aug | | | 15 | | | | | |
| | | Sep | | | 15 | | | | | |
| | | Oct | | | 15 | | | | | |
| | | Nov | | | 15 | | | | | Milestone |
| | | Dec | | | 15 | | | | Days | Dates |
| | | RDAP Early Release | 0 | 0 | 0 | 0 | 0 | 0 | 0 | December 27, 2026 |
| | | FSA Supervised Release | 0 | 0 | 135 | 75 | 0 | 0 | 210 | May 31, 2026 |
| | | FSA Prerelease Custody | 0 | 0 | 0 | 0 | 0 | 0 | 0 | May 31, 2026 |
| | | SCRA Home Confinement | 0 | 0 | 0 | 85 | 0 | 0 | 85 | March 7, 2026 |