# Exhibit "B"

<600>



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Reentry Services Division*                                                              *Washington, D.C. 20534*

January 30, 2025

**MEMORANDUM FOR ALL RESIDENTIAL REENTRY MANAGERS AND REGIONAL CORRECTIONAL PROGRAM ADMINISTRATORS**

|  |  |
|---|---|
| **FROM:** | *Bianca Shoulders* <br> **BIANCA SHOULDERS, ADMINISTRATOR** <br> **RESIDENTIAL REENTRY MANAGEMENT BRANCH** <br> **REENTRY SERVICES DIVISION** |
| **FROM:** | **MELISSA ARNOLD, ADMINISTRATOR** <br> **CORRECTIONAL PROGRAMS BRANCH** <br> **CORRECTIONAL PROGRAMS DIVISION** |
| **SUBJECT:** | **Updated Guidance on Application of Federal Time Credits to Pre Release Custody for all Non-U.S. Citizens with an Active Detainer** |

The purpose of this memorandum is to provide updated guidance on the referral and placement of non-U.S. citizens with active detainers in pre-release custody, both Residential Reentry Centers (RRC) and Home Confinement (HC), as referenced in Program Statement 5410.01, First Step Act of 2018 – Time Credits: Procedures for Implementation of 18 U.S.C. § 3632(d)(4).

**Cessation of Referral and Placement of Individuals with Immigration Detainers**
Effective immediately, pending placements in pre-release custody for application of Federal Time Credits (FTC) for all non-U.S. citizens with active detainers will be canceled. Cancelation will occur in all cases where a detainer is lodged and includes cases where a final order of deportation has not been issued. Institutions should immediately halt referral of all such cases.

**Action Required**
- Residential Reentry Managers should cancel all pending FSA placements in the pipeline for non-U.S. citizens where a detainer has been lodged
- Residential Reentry Managers should not process any referrals received that have not yet received a placement date for all non-U.S. citizens where a detainer is lodged
- Institutions should be instructed to cease all FSA/FTC referrals of individuals who are non-U.S. Citizens and have an active detainer, whether or not a final order of removal has been issued
- Institutions should halt all referrals currently routing for non-U.S. citizens with an active detainer

**Removal of Detainer**
If the detaining authority removes a detainer for an individual or rescinds a final order of deportation, Correctional Systems employees will verify, in writing, the reason for the removal (e.g., medical or mental health status, unable to secure travel documents, etc.). This documentation must be included in the referral packet should the institution deem eligibility criteria has been met and an individual becomes eligible for pre-release custody.

**Continuation of First Step Act Implementation**
Individuals meeting the criteria under the FSA in all instances where a detainer is lodged but U.S. citizenship is not a factor may continue to be referred under the FSA and placed in pre-release custody when applicable. Application of FTCs toward early release to supervision for non-U.S. citizens with active detainers will not be affected.

Thank you for your cooperation and continued dedication to supporting the Bureau's mission. Your efforts are critical to ensuring the success of RRC programs during these challenging times.

Should you have any questions, please contact Bianca Shoulders, bshoulders@bop.gov, or Melissa Arnold, m1arnold@bop.gov.



|  | U.S. Department of Justice |
|---|---|
|  | **Memorandum** |
|  | Federal Bureau of Prisons |

*Correctional Programs Division*

April 8, 2025

MEMORANDUM FOR CHIEF EXECUTIVE OFFICERS

FROM:  S. Salem, Assistant Director
Correctional Programs Division

Dana R. DiGiacomo, Acting Assistant Director
Reentry Services Division

SUBJECT:  Non-U.S. Citizen Inmates Placement in Prerelease Custody and FSA Credits

The Federal Bureau of Prisons (BOP) has reassessed the placement of non-U.S. citizen inmates to prerelease custody (i.e., home confinement and Residential Reentry Centers (RRCs)). As a result, the BOP has determined to redesignate all non-U.S. citizen inmates with immigration detainers back to secure institutions. Additionally, with the exception described below, inmates in secure institutions with immigration detainers or requests for advance notification of release should not be referred for transfer to prerelease custody. This determination is consistent with the BOP's statutory designation authority and longstanding policy limiting eligibility for RRC referrals for inmates with unresolved pending charges, proceedings, or detainers, which will likely lead to arrest, conviction, or confinement. *See* 18 U.S.C. § 3621(b) and Program Statement 7310.04, Community Corrections Center (CCC) Utilization and Transfer Procedure.

I.  **Application of First Step Act Time Credits for Individuals with Immigration Detainers or Request for Advance Notification of Release**

The First Step Act (FSA) instructs BOP to establish a system through which federal inmates may earn "time credits" for successfully participating in certain programming or activities that are intended to reduce their risk of recidivating (referred to herein as "FSA Time Credits"). The FSA further provides time credits "shall be applied toward time spent in prerelease custody or supervised release" and that the BOP "shall transfer eligible prisoners, as determined under 3624(g), into prerelease custody or supervised release" *See* 18 U.S.C. § 3632(d)(4)(C). Inmates

subject to a final order of removal are barred from applying programming time credits. *See* 18 U.S.C. § 3632(d)(4)(E)(i).

For those inmates with immigration detainers or request for advance notification of release – **but without a final order of deportation** - who have accrued FSA Time Credits and are otherwise eligible to apply them, the BOP will only apply those credits – up to 365 days – to early release. Remaining FSA Time Credits, if any, will not be used for transfer to prerelease custody. The BOP will recognize limited exceptions to this directive. First, *if an inmate is a non-US citizen with an immigration detainer or request for advance notification of release and does not have a term of supervised release for which to apply the credits*, *BOP will allow those FSA Time Credits to be applied for transfer to prerelease custody (subject to available resources).* With respect to this exception, and as described below, every effort should be made to contact immigration authorities prior to transfer to prerelease custody. Other exceptions may apply if the result of an Agency settlement agreement or a court order.

## II.   Non-US Citizens with Unresolved Immigration Detainers or Requests for Advance Notification of Release

For all non-U.S. citizen inmates with unresolved immigration detainers or requests for advance notification of release, the following procedures shall apply:

1. **Detainer Action Letter**

Correctional Systems employees should review all non-US citizen inmates with a detainer or request for notification of release at least 180 days prior to their FSA Conditional Placement Date to determine the status of any U.S. Immigration and Customs Enforcement (ICE) detainer or request for notification of release and BOP should send a Detainer Action Letter (DAL) to confirm the detainer or request for notification of release and request a final order of deportation from ICE. If there was a prior DAL, with no response, staff should prepare a new DAL in reference to the unresolved ICE DAL. The first dialogue box referencing the specific case should be checked. Also, the last box referencing "Other" should be checked, and the narrative section should include the following:

> "The above referenced person is eligible for community-based, prerelease placement under the First Step Act (FSA) and has a referral for a tentative placement on (include date) in a Residential Reentry Center (RRC) located in or around his/her release residence in [include the city and state]. If your office would like to apply a detainer, please respond within 30 days of this notice."

For non-US citizens, the phrase "release residence" should substitute the "sentencing district," and employees should enter the applicable sentence district.

2. **RRC Packets - 90 Day Hold**

Correctional Systems employees will hold the RRC referral packet for 90 days to allow immigration officials to respond to the DAL and possibly remove the detainer, notification, or obtain a final order of removal. If no response is received and/or there is no change in the immigration status, Institution Correctional Systems employees will enter the specific

information regarding the immigration detainer or request for notification of release into the section 11 of the BP-A0210, Institution Referral for CCC Placement. This information will include the specific detaining agency and office that may hold the detainer or request for notification of release (e.g., Border Patrol, San Diego, CA), the current immigration status as annotated on the detainer, date the DAL was sent, and that either no response was received or that the current information was confirmed. Correctional Systems will then move the referral packet forward to complete the routing process.

### 3. Removal of ICE Detainer or Notification

If immigration officials remove a detainer or request for notification of release for an inmate with a final order of deportation, Correctional Systems employees will verify, in writing, whether the removal of the detainer or request for notification of release was due to the removal of the final order of deportation or for some other reason, (e.g., medical or mental health status, unable to secure travel documents, etc.). If the final order of deportation remains in place regardless of the detainer or request for notification of release status, Correctional Systems employees will enter the appropriate assignment.

### 4. Documentation Maintenance

In all cases, the DALs as well as any related responses are to be saved as a single PDF document and uploaded into the individuals Electronic Inmate Central File (eICF) by Correctional Systems employees making them available as needed to the Residential Reentry Offices (RRO). The eICF and Release Guide for Correctional Systems which is maintained on the Insight Intranet Page provides instructions for uploading documents to the eICF as well as entering information into the referral. Case Managers will upload the state correspondence letters as well as any responses into the eICF, section 5.

### 5. Residential Reentry Office (RRO)

The RROs are to process referrals as indicated unless issues are identified (i.e., issues with the offender's release plan, the referral - BP-A0210, lack of community resources, separation concerns, request for notification of release, detainer/unresolved pending charges documentation is not provided or is insufficient). RROs can adjust the location of placement if they determine the documentation is insufficient and clarification is not received from the BOP institution, or if the placement location jeopardizes public safety. Any correspondence from the institution relating to a referral must be retained and uploaded into the private side of the R3M application. If the RRO denies a placement under FSA, a denial code must be entered into SENTRY with an explanation detailed in Residential Reentry Referral Management System (R3M).

If you have any questions or concerns, please have your staff contact the Correctional Programs Branch, via email at **BOP-CPD-CORRPGMS-S@BOP.GOV** or the Residential Reentry Management Branch, at **BOP-RSD-RESREENTRYMGMT-S@BOP.GOV** .